UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RONECA ECHOLS,<br>   Plaintiff,<br><br>-v-<br><br>CARITE OF KALAMAZOO<br>   Defendants. | No. 1:17-cv-204<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having entered default against Defendant CARite of Kalamazoo, the Court determines that there is no just reason for delay in entering default judgment as well. Therefore, pursuant to Fed. R. Civ. P. 55(b) and 58, **DEFAULT JUDGMENT** is entered in favor of Plaintiff and against Defendant CARite of Kalamazoo.

Plaintiff is awarded, and **IT IS ORDERED** that Defendant CARite of Kalamazoo, shall pay to Plaintiff relief in the amount of $56,997.00, plus costs. If the parties cannot reach agreement regarding costs, Plaintiff shall submit a bill of costs, with supporting documentation as necessary, as required by Fed. R. Civ. P. 54(d) and Rule 54.1 of the Local Civil Rules of the Western District of Michigan. The court also finds that Plaintiff is entitled to reasonable attorney's fees pursuant to 15 U.S.C. § 1691e(d) and 15 U.S.C. § 1640(a). Plaintiff shall file a motion for such fees, with adequate support, as required by Fed. R. Civ. P. 54(d)(2).

**IT IS SO ORDERED.**

Date: May 10, 2018            /s/ Paul L. Maloney
                              Paul L. Maloney
                              United States District Judge