UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONECA ECHOLS,

        Plaintiff,                        Case No. 1:17–cv–00204–PLM–RSK

v.                                    Hon. Paul L. Maloney

CARITE OF KALAMAZOO,

        Defendant.
_____/

## NOTICE OF HEARING CANCELLATION

      The debtor/creditor examination set in this matter for **December 19, 2018, at 9:30 AM** is hereby **CANCELLED.**

                                            RAY KENT
                                            U.S. Magistrate Judge

Dated:  December 19, 2018       By:   /s/ Faith Hunter Webb_____
                                                        Judicial Assistant